UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEE WILLIAMS,<br>　　　　Plaintiff.<br>　　v.<br>ROY SCHEINGART, et al.,<br>　　　　Defendants. | Case No.  15-cv-03013-JCS<br><br>**ORDER TO SHOW CAUSE** |

　　　　Pursuant to Civil L.R. 16-2, a case management conference was scheduled on October 2, 2015, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was not present.

　　　　IT IS HEREBY ORDERED that Plaintiff appear on **November 6, 2015, at 2:00 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to prosecute, and for failure to comply with the Court's Order of June 29, 2015.  A case management conference is also scheduled for **November 6, 2015**, **at 2:00 p.m.**

　　　　IT IS SO ORDERED.

Dated:  October 5, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROY SCHEINGART, et al.,<br><br>    Defendants. | Case No. 15-cv-03013-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Lee Williams
11449 South East Bush Street
Portland, OR 97266

Dated: October 5, 2015

                                      Susan Y. Soong
                                      Clerk, United States District Court

                                By:_____
                                    Karen Hom, Deputy Clerk to the
                                    Honorable JOSEPH C. SPERO