IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEE WILLIAMS,<br><br>   Plaintiff,<br><br>   v.<br><br>ROY SCHEINGART, et al.,<br><br>   Defendants. | No. C-15-3013 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** |

On November 20, 2015, the Court issued an order dismissing the above-titled action. Thereafter, on November 30, 2015, the Clerk of Court entered judgment thereon.

The Court is in receipt of plaintiff's "Objection Made In-Chambers and Demand for In-Camera Conference," filed December 2, 2015, which the Court construes as a motion for reconsideration. So construed, the "Objection" is denied, as plaintiff fails to identify any cognizable basis for reconsideration.

**IT IS SO ORDERED.**

Dated: December 7, 2015

_____
MAXINE M. CHESNEY
United States District Judge